# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141106

DURAY DEVELOPMENT, LLC,
   Plaintiff/Counter-Defendant-
   Appellant,

v

              SC: 141106
              COA: 287722
              Kent CC: 06-007152-CZ

CARL PERRIN,
   Defendant/Counter-Plaintiff-
   Appellee,

and

PERRIN EXCAVATING, LLC and OUTLAW
EXCAVATING, LLC,
   Defendants.

_____/

On order of the Court, the application for leave to appeal the April 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

            Clerk

s1213